**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

**LISA LAM and ADAM SAUER individually and on behalf of all others similarly situated,**

Plaintiffs,

v.

**DOREL HOME FURNISHINGS INC. D/B/A COSCO HOME AND OFFICE PRODUCTS,**

Defendant.

**CASE NO. 4:25-CV-01277-SRC**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Lisa Lam and Adam Sauer ("Plaintiffs"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Dorel Home Furnishings Inc. d/b/a Cosco Home and Office Products. ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiffs has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, **without prejudice**.

Dated: April 28, 2026

*/s/ Jayson A. Watkins*

Jayson A. Watkins (EDMO Bar # 61434MO)
**SIRI & GLIMSTAD LLP**
Mason A. Barney, 4405809 (NY)*
Leslie Pescia, 99674 (KY)*
Jayson A. Watkins, 61434 (MO)*
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
mbarney@sirillp.com
lpescia@sirillp.com

jwatkins@sirillp.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis, 321670(PA)*
Daniel Tomascik, 2412051161(MD)*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

**Pro Hac Vice Forthcoming*

**POULIN | WILLEY | ANASTOPOULO**
Paul J. Doolittle 6012 (SC)*
32 Ann Street
Charleston, SC 29403
Phone: (803) 222-2222
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

**Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff and the Classes*